UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| RAMSEY WILLIAM HARRIS, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:24-cv-0457 |
| VINCENT VANTELL, JOHN DOE #1. | ) |
| Defendants. | ) |

## ORDER

The Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 19) construes Ramsey William Harris' motion to set aside (Doc. No. 18) as a motion for voluntary dismissal and recommends that the Court grant that motion and dismiss the claim without prejudice.

Plaintiff has not filed any objections to the R&R.

The Court has reviewed the R&R for clear error and finds none. Accordingly, the Court **ADOPTS** the R&R (Doc. No. 19) in its entirety and **GRANTS** the Motion for Voluntary Dismissal (Doc. No. 18). This case is **DISMISSED WITHOUT PREJUDICE**. This is a final judgment. The Clerk shall close the case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE